# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ELECTRICAL CONSTRUCTION INDUSTRY PREFUNDING CREDIT REIMBURSEMENT PROGRAM, *also known as* ELECTRICAL CONSTRUCTION INDUSTRY HEALTH & WELFARE PLAN, *also known as* ELECTRICAL CONSTRUCTION INDUSTRY ANNUITY PLAN, *also known as* ELECTRICAL CONSTRUCTION INDUSTRY PENSION PLAN, *also known as* ELECTRICAL CONSTRUCTION INDUSTRY VACATION – HOLIDAY PLAN, *also known as* MILWAUKEE ELECTRIC JOINT APPRENTICESHIP & TRAINING TRUST FUND, ROBERT RAYBURN, DEAN WARSH, and NATIONAL ELECTRICAL BENEFIT FUND,

    Plaintiffs,

v.

CBUTTS ELECTRIC INC.,

    Defendant.

Case No. 21-CV-130-JPS

**DEFAULT JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' second motion for default judgment, ECF No. 10, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiffs the total sum of $49,963.27, together with post-judgment interest as provided by law; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

May 17, 2022
Date

*s/ Jodi L. Malek*
By: Deputy Clerk